IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHANNON M. WEAVER** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:06CV1234-LG-JMR** |
| | § | |
| **COMMISSIONER OF** | § | |
| **SOCIAL SECURITY** | § | **DEFENDANT** |

### ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTIONS TO REVERSE AND REMAND

This cause comes before the Court on the Report and Recommendation of Chief United States Magistrate Judge John M. Roper entered in this cause on February 1, 2008. Magistrate Judge Roper reviewed the Plaintiff's Motions to Remand and Reverse the decision of the Commissioner of Social Security denying her benefits, and determined that Plaintiff had not shown that the case should be remanded or the decision reversed. The Report and Recommendation was delivered to Plaintiff's counsel electronically on the day it was entered. Plaintiff did not file an objection to the Magistrate Judge's conclusions or recommendation.

Where no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only review the Report and Recommendation and determine whether it is either clearly erroneous or contrary to law. *U.S. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Having made the required review of the Report and Recommendation, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are neither clearly erroneous nor contrary to law. Therefore, the Court, being duly advised in the premises, finds that said

Report and Recommendation should be adopted as the opinion of this Court.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Report and Recommendation [15] of Chief United States Magistrate Judge John M. Roper entered in this cause on February 1, 2008 should be, and the same hereby is, adopted as the finding of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's Motions to Remand [8] and Reverse [9] are **DENIED**.

**SO ORDERED AND ADJUDGED** this the 19th day of February, 2008.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE