IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHANNON M. WEAVER** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:06CV1234-LG-JMR** |
| | § | |
| **COMMISSIONER OF** | § | |
| **SOCIAL SECURITY** | § | **DEFENDANT** |

## JUDGMENT

This day this cause came on for hearing before the Court on Plaintiff's Motion to Remand [8] and Reverse [9], the issues having been duly heard and considered and a decision having been duly rendered by separate Order;

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's Motions to Remand [8] and Reverse [9] are **DENIED**. Plaintiff's case is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 19th day of February, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE